In the Matter of the Application of MYLES J. BYRNE, Appellant, for the Determination of the Court as to the Designation of JAMES V. MANGANO for the Office of State Committeeman of the 8th Assembly District, County of Kings, as Contained in the Petition Known as the Designating Petition, Democratic Party, 8th Assembly District, Kings County. JAMES V. MANGANO and Others, Constituting the Committee on Vacancies, Named in the Designating Petition of JAMES V. MANGANO for Election as a Member of the State Committee of the Democratic Party for the 8th Assembly District, Kings County, and S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order dismissing proceeding on the ground that it was not instituted within the time limited therefor by section 330, subdivision 1, of the Election Law, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of CHARLES J. DALZELL, Appellant, for the Determination of the Court as to the Designation of JOSEPH J. PIZZARELLI, as Assemblyman to the First Assembly District, Queens County, Democratic Party. S. HOWARD COHEN and Others, Commissioners of Election of the City of New York, Constituting the Board of Elections of the City of New York; JOSEPH J. PIZZARELLI, VALENTINE FREDERICK and Others, as Committee on Vacancies, etc., Respondents.— Order denying appellant's application to strike out and remove from the records of the Board of Elections of the City of New York the designating petition of Joseph J. Pizzarelli, as candidate in the primary election of the Democratic party for the office of Assemblyman, First Assembly District, Queens county, and for other relief, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of JOSEPH A. EPSTEIN, Appellant, for an Order against S. HOWARD COHEN, as President, and Others, as Members of the Board of Elections of the City of New York, Respondents.— Order denying application of appellant for an order directing respondents, as the Board of Elections of the City of New York, to accept petitions designating appellant as a candidate in the Democratic primaries for the office of member of Assembly, First Assembly District, Richmond county, affirmed, without costs. No opinion. This appeal was transferred from the first department to the second department, under section 618 of the Civil Practice Act, pursuant to an order made on the 30th day of July, 1942. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.